UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                         CASE NO. 8:11-cr-505-T-30MAP

ERIC A. BELL
a/k/a "Santana"


**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 1594(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for a Preliminary Order of Forfeiture for the following assets:

(a) a Dell Inspiron 9300 computer, Serial Number: 64VFW81, with power cable and mouse;

(b) a Samsung Digital Camera, Serial Number: 971021641;

(c) 8 SD cards;

(d) an ACER Aspire M1100 desktop computer, Serial Number: PTS890X1338200381A2703;

(e) an HP Pavilion A420N computer, Serial Number: MXK3501PZP;

(f) ACER Veriton 7500 desktop computer, Serial Number: PS007472973210002AEH00;

(g) Dell Dimension 4550 computer, Serial Number: 2SBJV21;

(h) Compaq Armada laptop, Model 1520DM, Serial Number: J7228M57V632;

(i) a Motorola I465 cellular phone (black),
Serial Number: 364VKYVLQJ;

(j) a Motorola V265 cellular phone (black and silver),
Serial Number: SJUG0357EB;

(k) a Motorola I465 cellular phone (red);
Serial Number: 364VKMGZZC; and

(l) an LG VX9800 cellular phone (silver and gray),
Serial Number: 608KPDT0204426.

Defendant Eric A. Bell pleaded guilty and was convicted of four Counts of sex trafficking of minors, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and (c) and 2, as charged in Counts Two, Five, Eight and Eleven of the Indictment. The Court finds that the United States has established the requisite nexus between the property described above and the defendant's offenses of conviction.

Accordingly, it is hereby ORDERED and ADJUDGED that:

The motion of the United States for a preliminary order of forfeiture (Doc. 53) is GRANTED. Pursuant to 18 U.S.C. § 1594(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), all of the defendant's right, title, and interest in the assets described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of these assets, and to adjudicate any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on June 8, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-505.forfeit.wpd